### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.  25 B 05139 |
|    Andrea J. Trolla | ) | Chapter  7 |
|    Debtor(s). | ) | Honorable Donald R. Cassling |
| | ) | |
| Nigohosian & Dahlquist, P.C. | ) | Adversary No.  25 A 00202 |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Andrea J. Trolla | ) | |
|    Defendant(s). | ) | |

## **FINAL PRETRIAL ORDER**

*The following provisions will govern the future course of this proceeding.  Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before December 2, 2025, **a joint document** captioned "Pretrial Statement."  The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before December 2, 2025, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial.  Each exhibit shall be tabbed, pre-marked, e.g., "Trustee's Exhibit 1," and inserted into binders.  In addition, each party shall provide the Court an electronic copy of all exhibits in PDF format via email to the courtroom deputy at CRD_Cassling @ilnb.uscourts.gov.  Exhibits are to be attached as individual files and titled

clearly within the email. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial is set for December 16, 2025 at 11:00 a.m. in courtroom 619, 219 South Dearborn Street, Chicago, Illinois 60604.

**ENTERED:**

**DATE:** November 17, 2025

*Donald R. Cassling*
**Donald R. Cassling**
**United States Bankruptcy Judge**